UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 20-00392-VBF (DFM) | Date: | June 23, 2020 |
|---|---|---|---|
| Title | Marquis Smith v. D. Montoya | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause for Failure to Prosecute

Plaintiff filed his complaint in this matter on January 13, 2020. See Dkt. 1. This Court directed service of process on one individual defendant. See Dkt. 9. At the same time, the Court directed the Clerk to provide Plaintiff with USM-285 forms and service of process instructions. See Dkt. 8. The Court also ordered Plaintiff to file, within thirty (30) days of that order, a Notice of Submission indicating that he had submitted a completed summons, USM-285 forms, and copies of the complaint to the U.S. Marshal's Service. Id. ¶ 3.

Plaintiff's deadline to file his Notice of Submission has expired. Plaintiff has neither filed his Notice of Submission nor sought an extension of time in which to do so. **This represents a failure to prosecute.** Accordingly, within twenty-eight (28) days of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his Notice of Submission, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his Notice of Submission in the format specified in the Court's May 5, 2020 order.

**Plaintiff is expressly forewarned that if he fails to do either, the Court will deem this failure a further violation of a court order, and further evidence of failure to prosecute, justifying dismissal.**