JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARQUIS SMITH,<br><br>Plaintiff,<br><br>v.<br><br>D. MONTOYA et al.,<br><br>Defendants. | Case No. LA CV 20-00392-VBF (DFM)<br><br>JUDGMENT |

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that Defendant's Motion for Summary Judgment is granted and this entire action is dismissed with prejudice.

Date:  July 11, 2023

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge